IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALAN VITELIO GARCIA　　　　　　　:　　　　　　CIVIL ACTION
MANCEBO　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
J.L. JAMISON, ET AL.　　　　　　:　　　　　　NO.   26-3774

## ORDER

**AND NOW**, this 14th day of July, 2026, with the Government having certified its compliance with Paragraph 3 of our Order dated June 4, 2026 (see Docket Nos. 5, 6), **IT IS HEREBY ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


/s/ John R. Padova, J.
John R. Padova, J.